IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMINAH HEARD,

                    Plaintiff,

    v.

J AND G SPAS, LLC, D/B/A HAND &
STONE MASSAGE AND FACIAL SPA,

                Defendants.

CIVIL ACTION
NO. 22-3212

## ORDER

    **AND NOW**, this 8th day of April 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 26), Plaintiff's Response in Opposition (Doc. No. 30), Defendant's Reply (Doc. No. 31), and Plaintiff's Sur-Reply (Doc. No. 37), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 26) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.