IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMINAH HEARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J AND G SPAS, LLC D/B/A HAND AND STONE MASSAGE AND FACIAL SPA,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 22-3212 |

### **ORDER**

**AND NOW**, this 9th day of October 2024, upon consideration of Plaintiff's Motion to Amend Judgment to Include Court-Determined Economic Loss Award (Doc. No. 69), Defendant's Response in Opposition (Doc. No. 71), Plaintiff's Response in Support (Doc. No. 73), Defendant's Sur-Reply in Further Opposition (Doc. No. 75) and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Plaintiff's Motion to Amend Judgment to Include Court-Determined Economic Loss Award (Doc. No. 69) is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.