IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMINAH HEARD,<br><br>    Plaintiff,<br><br>  v.<br><br>J AND G SPAS, LLC,<br><br>    Defendant. | CIVIL ACTION<br>NO. 22-3212 |

### ORDER

**AND NOW,** this 10th day of October 2024, upon consideration of Plaintiff Aminah Heard's Motion for Attorneys' Fees and Costs (Doc. No. 68), Defendant J and G Spas, LLC's Response in Opposition (Doc. No. 70), Plaintiff's Response in Support (Doc. No. 72), Defendant's Sur-Reply in Further Opposition (Doc. No. 74) and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 68) is **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiff's Request for $243,059.40 in Attorneys' Fees is **GRANTED** in part and **DENIED** in part. Plaintiff is awarded $85,930.10 in attorneys' fees.

2. Plaintiff's Request for $3,738 in Costs is **GRANTED**.

3. The Clerk of Court shall close the above-captioned case.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.